**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**SEBASTIAN NEGRON TORRES**<br><br>xxx–xx–1010<br><br>Debtor(s) | Case No. **22–01893 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 7/1/22 |

### NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY

On 6/30/2022, debtor(s) filed a motion for continuation of the automatic stay as to debtor (docket entry #5). In accordance with P.R. LBR 4001–5, if an objection is timely filed, a hearing will be held on 7/26/22 at 09:00 AM at Microsoft Teams Video &, Audio Conferencing, and/or Telephonic Hearings. If no objection is filed within fourteen (14) days, the hearing may be vacated.

In San Juan, Puerto Rico, this Friday, July 1, 2022 .

*WILMA JAIME*
Acting Clerk of the Court
By:
*CYBELLE HERNANDEZ ALEJANDRO*
Deputy Clerk