**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br> **SEBASTIAN NEGRON TORRES** <br><br> xxx–xx–1010 <br><br> Debtor(s) | Case No. **22–01893 ESL** <br><br> Chapter **13** <br><br> FILED & ENTERED ON 7/18/22 |

### ORDER GRANTING CONTINUANCE OF THE AUTOMATIC STAY

We hereby grant debtor(s) unopposed request for the continuance of the automatic stay under 11 U.S.C. Section 362 (c)(3) filed on 6/30/22.

Wherefore, the provisions of the automatic stay as provided in 11 U.S.C. Section 362 shall be in full force and effect as to all creditors and parties in interest until further order of this Court.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, July 18, 2022 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge