**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**SEBASTIAN NEGRON TORRES**                       Case No.   22-01893-ESL

                                     Chapter 13    Attorney Name:   **VICTOR THOMAS SANTIAGO***

| | |
|---|---|
| **I. Appearances** | **Date & Time:** 8/3/2022  1:40:00PM |
| **Debtor**  [X] Present  [ ] Absent | [X] R   [ ] NR   LV: |
| **Joint Debtor**  [ ] Present  [ ] Absent | [ ] This is debtor(s) 0 Bankruptcy filing. |
| **Attorney for Debtor**  [X] Present  [ ] Absent | **Creditors:** |
| [ ] Prose | |
| [X] Appearing: Norma Magriña, Esq. | Creditor, Roberto López Gonzalez<br>Department of Treasury by Ms. Minoshka Velez<br>Banco Popular de P.R. by Mr. Miguel Rivera |
| **II. Oath Administered**<br>   [X] Yes   [ ] No | |

**III. Plan**

Date:   07/05/2022       Base:   $28,500.00   Payments 0 made out of 1 due.

Confirmation Hearing Date:   8/24/2022  8:30:00AM

Evidence of Pmt shown:   Yes

**Attorney's fees as per R. 2016(b)**

   $4,000.00  -  $290.00  =  $3,710.00

**IV. Status of Meeting**

[ ] Closed      [ ] Not Held      [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date:   8/30/2022   1:40:00PM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

SEBASTIAN NEGRON TORRES                    Case No.   22-01893-ESL

                                           Chapter 13    Attorney Name:   VICTOR THOMAS SANTIAGO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| |   [ ] State  -  years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test |   [ ] Federal  -  years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |   [ ] Premises |
| [ ] Evidence of income |   [ ] Vehicle(s): |
| |   [ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

SEBASTIAN NEGRON TORRES

Case No. 22-01893-ESL

Chapter 13     Attorney Name:   VICTOR THOMAS SANTIAGO*

---

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**ACP:** 5

**Household size:** 4

**Disp. Income under 1325(b)(2):** -751.65

--------------

Previous case no. 21-03391 was dismissed on 4-18-2022 for failure to appear at 341 and failed to commence payments.

--------------

Gen. Uns. disbursement 0% / insufficiently funded

------------------

Attorney's fees; (Flat fee), $4k - $290 = $3,710. .

------------------

**NOTE:** The 1st installment of the plan has not been made. Debtor submitted evidence of payment on 8-2-2022.

**ISSUE(S) WITH DISPOSABLE INCOME TEST, §1325(b)(1)(B):** Evidence of income for Paragon Meds is missing. Debtor submitted income evidence for Surgical Nutrition Solutions with a monthly gross income of $2,000.00, said income has not been disclosed in Schedule I. This is an additional source of income of the debtor. Debtor informed that an amended Schedule I will be filed to include the aforementioned source and will provide the evidence as to the income from Paragon.

**PLAN DOES NOT PROVIDE FOR SECURED CREDITOR, §1325(a)(5):** Dept. of Treasury's Claim Num. 1 (re. years period 2009 to 2015); Debtor proffer that an objection to claim will be filed.

**SUFFICIENCY OF THE PLAN, §1325(b):** Considering claims filed as secured and priority, the proposed Chapter 13 Plan is insufficiently funded to pay secured and priority claims.

**Other:**
  a. Section 1.3 of plan is check-marked as "Not Included" and also part 8 is check-marked as "None" while such part 8 including provision.
  b. Part 4.4 of Chapter 13 Plan has no provision for priority Claim Num. 3 filed by Roberto Lopez Gonzalez
  c. debtor needs to provide IVU Registration for the professional services with paragon.

**Note:**

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

SEBASTIAN NEGRON TORRES

Case No. 22-01893-ESL

Chapter 13     Attorney Name:     VICTOR THOMAS SANTIAGO*

a. Opposition to Extension of Automatic Stay filed by ROBERTO LOPEZ GONZALEZ. Trustee has no opposition. Hearing was scheduled to be held on

8-9-2022 at 9.00 am. Dockets no. 21, 22 & 24.

DUE TO TIME CONSIDERATIONS; AND SINCE CREDITORS QUESTIONS CANNOT BE COMPLETED; THE MEETING OF CREDITORS WAS CONTINUED TO AUGUST 30, 2022 @ 1:40 PM - COUNSEL FOR DEBTOR INFORMS THAT THEY MAY WILL NOT BE AVAILABLE TO THE AFOREMENTIONED DATE AND WILL MOVE ACCORDINGLY FOR THE CONTINUANCE AFTER SEPTEMBER 15, 2022.

DEBTOR SHOULD CONSIDER THE ISSUES RAISED AND PENDING IN THE PRESENT MINUTE AND ADDRESS THE SAME BEFORE THE NEXT MEETING OF CREDITORS.

The following party(ies) object(s) confirmation:

s/Elvis Cortes                                     Date:     08/03/2022

**Trustee/Presiding Officer**                                    (Rev. 05/13)