# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE:

**SEBASTIAN NEGRON TORRES**

DEBTOR(S)

CASE NO.: **22-01893-ESL**

CHAPTER 13

## MOTION TO SUBMIT DOCUMENTS

**TO THE HONORABLE COURT:**

**COMES NOW**, DEBTORS, through the undersigned attorney and respectfully, STATE, ALLEGE AND PRAY:

1. On August 2nd, 2022, Debtor send by US Postal Service money order in the amount of $ 475.00 to cure July payment. Attached is copy of the money order.

**WHEREFORE**, Debtor respectfully request that this Honorable Court take notice.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF Filing System which sends notification of such filing to all those who is this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hrecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: Debtor(s) and the mailing address of record.

Motion to submit documents

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 8th day of August of 2022.

*/S/Víctor C. Thomas Santiago*
*Thomas & Magriñá Law Offices*
**USDC PR 209807**
127 De Diego Avenue,
Cond. Vallecillo Apt. 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601 Fax (787) 724-6366
E-mail: **vthomas@thomasmag.com**



Notice to Purchaser: As a condition to this institution's issuance of this check, Purchaser agrees to provide an Indemnity Bond prior to the refund or replacement of this check in the event it is lost, misplaced, or stolen.

DRAWN ON FIRSTBANK PUERTO RICO
PURCHASER'S COPY  **MONEY ORDER**

Purchaser: SEBASTIAN NEGRON-TORRES

Payee: Alejandro Oliveras

Check No. 30009859

Date: 08/01/2022

Branch: 0809
Teller: 23317p

Amount: $475.00
Fee: $5.00
Total: $480.00

---

**Money Order**

Check No. 30009859
101-7147/2215
Date: 08/01/2022

Pay  Four Hundred Seventy-Five and 00/100ths Dollars

$475.00
DOLLAR FOUR SEVEN FIVE PERIOD ZERO ZERO

To The Order of: Alejandro Oliveras

Valid for Six Months After Issue Date
Branch 0809    Teller No. 23317p

Purchaser: SEBASTIAN NEGRON-TORRES

DRAWN ON FIRSTBANK
SAN JUAN, PUERTO RICO
S-5001-0911R

⑈30009859⑈ ⑆221571473⑆ 809300000 3⑈

Sebastian Negron
Purchaser's Name

#22-01893-ESL
40 Julio 2022