## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| |
|---|
| **IN RE:**<br><br>**SEBATIAN NEGRON TORRES**<br><br>**DEBTOR(S)** |

**CASE NO.: 22-01893-ESL**

**CHAPTER 13**

### NOTICE OF FILING AMENDED SCHEDULE I

**TO THE HONORABLE COURT:**

**COME NOW,** Debtor(s) represented by the undersigned attorney and respectfully informs the filing of the following amendment:

AMENDED SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

Debtor(s) also informs that the purpose of the amendment is to:

**We HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the followings:

CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE

We also hereby certify that this same date we have mailed by United States Postal Service the document to all creditors and parties in interest as per attached master address list.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 8TH day of August 2022.

**/S/Victor C. Thomas Santiago**
USDC PR 209807
127De Diego Avenue
Cond. Vallecillo Apt. 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
Fax (787) 724-6366
e-mail:vthomas@thomasmag.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | SEBASTIAN NEGRON TORRES |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (If known) | 22-01893 |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | AACCOUNT MANAGER | TEACHER |
| Employer's name | | PARAGON MEDS | KINESIS IT ACADEMY INC |
| Employer's address | | 3300 CORP AVE SUITE 114<br>Fort Lauderdale, FL 33331 | 1001 CALLE SAN ROBERTO<br>San Juan, PR 00926 |
| How long employed there? | | 6 DAYS | 1 YEAR |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,499.99 | $ 3,333.35 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 3,499.99 | $ 3,333.35 |

Debtor 1   **SEBASTIAN NEGRON TORRES**

Case number (*if known*)   **22-01893**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 3,499.99 | $ 3,333.35 |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 349.98 | $ 596.83 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 235.47 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 349.98 | $ 832.30 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 3,150.01 | $ 2,501.05 |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: SURGICAL NUTRITION MONTHLY NET INCOME | 8h.+ | $ 2,088.40 + | $ 0.00 |
| | CAR ALLOWANCE | | $ 350.00 | $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,438.40 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,588.41 + $ 2,501.05 = $ 8,089.46 | |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:
11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies
12. $ 8,089.46
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **SEBASTIAN NEGRON TORRES** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | **22-01893** |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ SEBASTIAN NEGRON TORRES**                    X _____
**SEBASTIAN NEGRON TORRES**                              Signature of Debtor 2
Signature of Debtor 1

Date **August  8, 2022**                                         Date _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

```
Label Matrix for local noticing        POPULAR AUTO                      US Bankruptcy Court District of P.R.
0104-3                                  PO BOX 366818                     Jose V Toledo Fed Bldg & US Courthouse
Case 22-01893-ESL13                     SAN JUAN, PR 00936-6818           300 Recinto Sur Street, Room 109
District of Puerto Rico                                                   San Juan, PR 00901-1964
Old San Juan
Mon Aug  8 18:00:24 AST 2022

DEPARTAMENTO DE HACIENDA DE PR          DEPARTMENT OF TREASURY            FIRST PREMIER BANK
BANKRUPTCY DEPARTMENT                   BANKRUPTCY SECTION 424 B          3820 N LOUISE AVE
PO BOX 9024140                          PO BOX 9024140                    SIOUX FALLS, SD 57107-0145
SAN JUAN, PR 00902-4140                 SAN JUAN, PR 00902-4140



LCDO. RAMON PEREZ GONZALEZ              (p)LUMA ENERGY                    (p)DSNB MACY S
CALLE HATILLO #6                        REVENUE PROTECTION                CITIBANK
San Juan, PR 00918-4422                 PO BOX 364267                     1000 TECHNOLOGY DRIVE MS 777
                                        SAN JUAN PR 00936-4267            O FALLON MO 63368-2222



OPENSKY CAPITAL BANK                    POPULAR AUTO                      Premier Bankcard, LLC
101 CROSSWAYS PARK WEST                 BANKRUPTCY DEPARTMENT             Jefferson Capital Systems LLC Assignee
Woodbury, NY 11797-2020                 PO BOX 366818                     Po Box 7999
                                        SAN JUAN, PR 00936-6818           Saint Cloud MN 56302-7999



ROBERTO LOPEZ GONZALEZ                  ALEJANDRO OLIVERAS RIVERA         MONSITA LECAROZ ARRIBAS
PO BOX 361582                           ALEJANDRO OLIVERAS CHAPTER 13 TRUS OFFICE OF THE US TRUSTEE (UST)
SAN JUAN PR 00936                       PO BOX 9024062                    OCHOA BUILDING
                                        SAN JUAN, PR 00902-4062           500 TANCA STREET  SUITE 301
                                                                         SAN JUAN, PR 00901



ROBERTO LOPEZ GONZALEZ                  SEBASTIAN NEGRON TORRES           VICTOR THOMAS SANTIAGO
PO BOX 361582                           658 AVE MIRAMAR 901               127 DE DIEGO AVE APT 1-A
SAN JUAN, PR 00936-1582                 San Juan, PR 00907-3480           SAN JUAN, PR 00911-1909
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
LUMA ENERGY                             MACYS                            End of Label Matrix
REVENUE PROTECTION                      PO BOX 8218                      Mailable recipients    17
PO BOX 364267                           Mason, OH 45040                  Bypassed recipients     0
SAN JUAN, PR 00936                                                       Total                  17
```