# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
### Minute Entry

**Hearing Information**

| | | | |
|---|---|---|---|
| Debtor(s): | SEBASTIAN NEGRON TORRES | Case Number: | 22-01893-ESL13 |
| | | Chapter: | 13 |
| Date / Time / Room: | 08/09/2022 at 9:00 AM | Courtroom: | Microsoft Teams Video & Audio Conferencing and/or |
| Bankruptcy Judge: | Hon. ENRIQUE S. LAMOUTTE INCLAN | | |
| Courtroom deputy: | DARHMA ZAYAS BUJOUVEN | | |
| Reporter/ECR: | MARIA TERESA FRONTERA | | |

**Matter:**

#5 Debtor's Motion for Continuance of the Automatic Stay   #21 Opposition to extension of the Automatic Stay filed by creditor Roberto Lopez Gonzalez   #28: 341 meeting continued to 8/30/2022 at 1:40 P.M.
#29: Trustee reports arrears of $475.00. (see minutes for trustee's statements).

**Appearances:**

☒ Debtor  *Victor Thomas, Esq.*
☒ Debtor's Attorney

☒ Movant/Creditors/Others: *Roberto López González, creditor pro se*

☐ Trustee

**Proceedings:**

ORDER:

___ Upon debtor(s)' failure to: ___ oppose; ___ appear at the hearing scheduled for this date; ___ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

___ Debtor shall provide adequate protection to movant by: ___ curing the arrears within ___ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

___ Parties are granted ___ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court may enter an order lifting the automatic stay in favor of movant, if so requested by movant.

___ Upon debtor(s)' consent, the instant motion is granted, and the stay is hereby lifted in favor of movant.

___ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within ___ days on the status of the process.

___ Movant's application to withdraw the motion is hereby granted.

X  Other: Debtor's counsel and pro se creditor López González stated their positions. The court expressed its position and concern regarding debtor's evidence to rebut the presumption of bad faith, particularly considering the recent charges, which may have occurred after 30 days from petition date. Considering the documents filed yesterday, August 8, 2022, the court orders as follows: Debtor shall supplement his request within 21 days, pleading with particularity the facts which support a finding of good faith, that is, rebut the bad faith presumption. Creditor López González is granted 21 days to reply.

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge