# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SEBASTIAN NEGRON TORRES<br><br>DEBTORS | CASE NO. 22-01893 ESL<br>CHAPTER 13 |

## REPLY TO TRUSTEE'S UNFAVORABLE REPORT ON CONFIRMATION

**TO THE HONORABLE COURT:**

  **COMES NOW,** Debtors, represented by the undersigned attorney, and respectfully alleges and prays:

  1. The 341 meeting of creditors was held on August 3, 2022. Due to time considerations creditors could not finish questioning the Debtor and the 341 meeting was continued for August 30, 2022.

  2. As requested by the Trustee at the 341 meeting of creditors, Debtor have filed amended chapter 13 plan dated August 8,2022, to increase the base of the plan, amended schedules I and J to reflect Debtor's current financial situation.

  3. Dated August 2, 2022, Debtor have submitted to the Trustee evidence of income from Paragon and Surgical Nutrition and dated August 22, 2022, the IVU Registration.

**WHEREFORE,** Debtors respectfully that this Honorable Court take notice of the above stated.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**: that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF Filing System which sends notification of such filing to all those who is this case have registered for receipt of notice by electronic mail. I further certify that

the foregoing has been served to U.S. Trustee at ustpregion21.hrecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: Debtor(s) and the mailing address of record.

**RESPECTFULLY SUBMITTED.**

In San Juan Puerto Rico, this 22nd day of August 2022.

/S/Victor C. Thomas Santiago
USDC PR 209807
127 De Diego Avenue, Apt 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
Fax (787) 724-6366
e-mail vthomas@thomasmag.com