**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**SEBASTIAN NEGRON TORRES**<br><br>**xxx–xx–1010**<br><br>Debtor(s) | Case No. **22–01893 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 8/30/22 |

***ORDER***

The motion filed by Debtor requesting extension of time of 30 days to reply to Creditor's entry of order of delivery of documents (docket #43) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, August 30, 2022 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge