# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

**SEBASTIAN NEGRON TORRES**   Case No.   22-01893-ESL

Chapter 13   Attorney Name:   VICTOR THOMAS SANTIAGO*

| I. Appearances | | | Date & Time: | 8/30/2022 1:40:00PM |
|---|---|---|---|---|

**I. Appearances**

| Debtor | [X] Present | [ ] Absent |
|---|---|---|
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Appearing:   Norma Magriña, Esq.

**Date & Time:**   8/30/2022   1:40:00PM

[X] R   [ ] NR   LV:

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

Creditor, Roberto López Gonzalez
Department of Treasury by Ms. Minoshka Velez
Banco Popular de P.R. by Mrs. Doris Vilches

**II. Oath Administered**

[X] Yes       [ ] No

**III. Plan**

Date:   08/08/2022       Base:   $62,720.00   Payments 1 made out of 2 due.

Confirmation Hearing Date:   8/24/2022   8:30:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$4,000.00   -   $290.00   =   $3,710.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

SEBASTIAN NEGRON TORRES                    Case No.   22-01893-ESL

                              Chapter 13    Attorney Name:   VICTOR THOMAS SANTIAGO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>  [ ] State  -  years<br><br>[ ] Federal  -  years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>[ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

SEBASTIAN NEGRON TORRES

Case No. 22-01893-ESL

Chapter 13    Attorney Name: VICTOR THOMAS SANTIAGO*

---

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

ACP: 5

Household size: 4

Disp. Income under 1325(b)(2): -751.65

--------------

Previous case no. 21-03391 was dismissed on 4-18-2022 for failure to appear at 341 and failed to commence payments.

--------------

Gen. Uns. disbursement 0% / insufficiently funded

------------------

Attorney's fees; (Flat fee), $4k - $290 = $3,710. .


NOTE: Dept. of Treasury's Claim Num. 1 (re. years period 2009 to 2015); Debtor proffer that an objection to claim will be filed; however, as to this date objection to claim has not been filed; Proof of claim was amended on 8/4/2022 to general unsecured creditor.


1. OTHER:
a. Evidence of income for Paragon Meds is missing. Debtor submitted income evidence for Surgical Nutrition Solutions with a monthly gross income of $2,088.40.

b. Part 4.4 of Chapter 13 Plan has no provision for priority Claim Num. 3 filed by Roberto Lopez Gonzalez; Notwithstanding; Trustee filed a Objection to Claim #03., filed creditor Roberto Lopez Gonzalez, No evidence as to a priority portion. Trustee's objection requested that claim be allow as unsecured.

NOTE: - Creditor is requesting that debtor provide him the documents that debtor provide to the Trustee. Counsel for debtor are not agree and they will answer creditor's request thru the Court. -

The following party(ies) object(s) confirmation:

s/Elvis Cortes                                    Date:    08/30/2022

Trustee/Presiding Officer                                  (Rev. 05/13)