## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 22-01893 ESL |
|---|---|
| SEBASTIAN NEGRON TORRES | CHAPTER 13 |
| DEBTORS | |

### REPLY TO TRUSTEE'S UNFAVORABLE REPORT ON CONFIRMATION

**TO THE HONORABLE COURT:**

**COMES NOW,** Debtor, represented by the undersigned attorney, and respectfully alleges and prays:

1. The 341 meeting of creditors was held on August 30, 2022.

2. Debtor wants to inform that the claim by Department of Treasury is not going to be objected by the Debtor since it was amended to general unsecured creditor by the Department of Treasury on August 4, 2022.

3. On August 2, 2022, the Debtor submitted to the Trustee evidence of income from Paragon, since the Trustee did not receive it, the Debtor have submitted evidence of said income again today as well as evidence that said document was submitted previously on August 2, 2002.

4. As to the provision in the plan for claim number 3 filed by creditor as priority, the Debtor will wait for this Honorable Court's determination on the Trustee's objection to said claim to file an amended plan if needed.

**WHEREFORE,** Debtors respectfully that this Honorable Court take notice of the above stated.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF Filing System which sends notification of such filing to all those who is this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hrecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: Debtor(s) and the mailing address of record.

**RESPECTFULLY SUBMITTED.**

In San Juan Puerto Rico, this 13th day of September 2022.

**/S/Victor C. Thomas Santiago**
USDC PR 209807
127 De Diego Avenue, Apt 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
Fax (787) 724-6366
e-mail:vthomas@thomasmag.com