# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO.: 22-01893-ESL** |
| **SEBASTIAN NEGRON TORRES** | **CHAPTER 13** |
| **DEBTOR** | |

## MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE COURT:**

 **COME NOW**, DEBTOR, through the undersigned attorney and respectfully, STATE, ALLEGE AND PRAY:

 1. In compliance with this Honorable Court's order dated August 24, 2022, the Debtor wants to inform that we have submitted to the Trustee evidence of income and Reply to the Trustee's Unfavorable Report on Confirmation.

 **WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of Debtor's compliance with this Honorable Court's order.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** that on this same date**,** I electronically filed the above document with the Clerk of the Court using the CM/ECF Filing System which sends notification of such filing to all those who is this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at [ustpregion21.hrecf@usdoj.gov](mailto:ustpregion21.hrecf@usdoj.gov) and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: Debtor(s) and the mailing address of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 13th day of September of 2022.

**/S/Víctor C. Thomas Santiago**
**Thomas & Magriñá Law Offices**
*USDC PR 209807*
127 de Diego Avenue,
Cond. Vallecillo Apt. 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601 Fax. (787) 724-6366
Email: *vthomas@thomasmag.com*

**2**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 22-01893-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Tue Sep 13 17:03:19 AST 2022 | POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY DEPARTMENT<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107-0145 |
| LCDO. RAMON PEREZ GONZALEZ<br>CALLE HATILLO #6<br>San Juan, PR 00918-4422 | (p)LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| OPENSKY CAPITAL BANK<br>101 CROSSWAYS PARK WEST<br>Woodbury, NY 11797-2020 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| ROBERTO LOPEZ GONZALEZ<br>PO BOX 361582<br>SAN JUAN PR 00936 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO LOPEZ GONZALEZ<br>PO BOX 361582<br>SAN JUAN, PR 00936-1582 | SEBASTIAN NEGRON TORRES<br>658 AVE MIRAMAR 901<br>San Juan, PR 00907-3480 | VICTOR THOMAS SANTIAGO<br>127 DE DIEGO AVE APT 1-A<br>SAN JUAN, PR 00911-1909 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN, PR 00936 | MACYS<br>PO BOX 8218<br>Mason, OH 45040 | End of Label Matrix<br>Mailable recipients 17<br>Bypassed recipients 0<br>Total 17 |