IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:
SEBASTIAN NEGRON TORRES

xx-xx-1010

Debtor

CASE NO. 22-01893-ESL13
Chapter 13

FILED & ENTERED ON SEP/23/2022

ORDER

Chapter 13 Trustee's objection to claim #3 filed by Roberto Lopez Gonzalez (docket #37), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and it is hereby granted. Proof of claim number three (3) filed by creditor Roberto Lopez Gonzalez is allowed as a general unsecured claim for the amount filed, that is, $7,200.00.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23 day of September, 2022.

Enrique S. Lamoutte
United States Bankruptcy Judge